IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC.,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et. al.,<br><br>　　　　Defendants,<br><br>　　　and<br><br>NEW ZEALAND GOVERNMENT,<br><br>　　　　Defendant-Intervenor. | Court No. 24-00218 |

**DEFENDANTS' NOTICE OF CLARIFICATION OF
STATEMENTS MADE DURING ORAL ARGUMENT**

Defendants, National Marine Fisheries Service, et. al, hereby provide this notice of clarification of statements defendants' counsel made to the Court during oral argument held in this case on June 13, 2025. Specifically, during oral argument, the Court asked defendants' counsel what specific documents were properly part of the record the Court was reviewing. Defendants' counsel responded that the record included only the documents in the administrative record filed with this Court (which included the administrative record filed in *Sea Shepherd New Zealand v. United States* (Ct. Int'l Trade, No 20-112)). *See* ECF Nos. 15, 24, 25. However, unbeknownst to the defendants' counsel, prior defendants' counsel had agreed in writing that plaintiff, Māui and Hector's Dolphin Defenders NZ Inc., could *also* cite to any of the filings in the *Sea Shepherd* case in

support of its argument in front of this Court, even if those filings were not included in the administrative record filed with this Court.[1]

Defendants therefore provide notice to the Court to clarify its statement made at oral argument regarding the record properly before the Court such that plaintiff may cite to documents filed in the *Sea Shepherd* case in support of its arguments.

|  | Respectfully submitted, |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | /s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Director |
| OF COUNSEL:<br>MARK HODOR<br>Office of General Counsel<br>National Oceanic & Atmospheric Admin.<br>Silver Spring, MD | /s/ Joshua W. Moore<br>JOSHUA W. MOORE<br>Trial Attorney<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 305-2312<br>Email: Joshua.w.moore@usdoj.gov |
| June 18, 2025 | Attorneys for Defendants |

---

[1] For example, plaintiff cites to a declaration filed in the *Sea Shepherd* case in support of its argument in front of this Court. *See* ECF No. 38, Reply in Support of Plaintiff's Motion For Summary Judgment on Agency Record at 21 (citing to 2d Decl. of Elisabeth Slooten, *Sea Shepherd N.Z. v. United States*, No. 20-cv-00112 (Ct. Int'l Trade Dec. 11, 2020) (ECF No. 49-2)). That declaration is not found in the administrative record filed with this Court.