UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC., <br><br>    Plaintiff, <br><br>v. <br><br>NATIONAL MARINE FISHERIES SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION FISHERIES, UNITED STATES DEPARTMENT OF THE TREASURY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES DEPARTMENT OF COMMERCE, <br><br>    Defendants, <br><br>and <br><br>New Zealand Government, <br><br>    Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br>Court No. 24-00218 |

## SECOND AMENDED SCHEDULING ORDER

On September 30, 2025, a lapse in federal appropriations occurred that resulted in a government shutdown from October 1, 2025, through November 12, 2025, when Congress appropriated funds. The U.S. Government resumed

operations on November 13, 2025, after a 43 day shutdown. Upon consideration of all other papers and proceedings in this action, it is hereby

**ORDERED** that this case shall proceed according to the following schedule:

1. Defendants shall file their response to Plaintiff's Motion to Alter or Amend Judgment on or before November 24, 2025;

2. Defendants shall file their remand comparability findings on or before January 6, 2026;

3. Defendants shall file the administrative record, which shall include a copy of the "Issuance of Comparability Findings for the Government of New Zealand's Set-Net and Trawl Fisheries—Decision Memorandum" with its original attachments, on or before January 9, 2026;

4. Comments in opposition to the remand comparability findings shall be filed on or before February 6, 2026;

5. Comments in support of the remand comparability findings shall be filed on or before March 23, 2026.

| Event | Prior Deadline | Current Deadline |
| --- | --- | --- |
| Defendants' Response to Motion to Amend Judgment | November 17, 2025 | November 24, 2025 |
| Remand Comparability Findings | November 24, 2025 | **January 6, 2026 (43 day extension)** |

| Administrative Record | December 8, 2025 | **January 9, 2026** |
| --- | --- | --- |
| Comments in Opposition | January 22, 2026 | **February 6, 2026** |
| Comments in Support | March 9, 2026 | **March 23, 2026** |

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts.  The Court expects that the Parties will be able to meet these deadlines.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:     November 17, 2025
            New York, New York