UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION FISHERIES, UNITED STATES DEPARTMENT OF THE TREASURY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendants,<br><br>and<br><br>New Zealand Government,<br><br>    Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 24-00218 |

## **ORDER**

Upon consideration of all other papers and proceedings in this action, it is hereby

**ORDERED** that oral argument shall be held on Tuesday, March 3, 2026 in the Jacob Burns Moot Court Room in Lerner Hall at The George Washington University Law School, 2000 H St. N.W., Washington, D.C. 20052, from 9:00 a.m. until 12:00 p.m. All pending motions will be discussed during the hearing. Following the hearing, the Court asks the attorneys to participate in a question and answer session with law students from approximately 12:00 p.m. to 12:45 p.m. The Court will provide further instructions about parking and logistics closer to the hearing date. Thank you for your cooperation.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: December 1, 2025
New York, New York