IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| MAUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC., <br><br>　　Plaintiff, <br><br>v. <br><br>NATIONAL MARINE FISHERIES SERVICE, et al., <br><br>　　Defendants, and <br><br>GOVERNMENT OF NEW ZEALAND, <br><br>　　Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br>Court No. 24-00218 |

## MOTION OF THE GOVERNMENT OF NEW ZEALAND
## FOR THE ENTRY OF A PROTECTIVE ORDER

The Defendant-Intervenor, the Government of New Zealand ("GNZ"), moves this Court to enter a Protective Order under USCIT Rules 5.2 and 7. The grounds for this motion are as follows.

Following this Court's remand to the National Marine Fisheries Service ("NMFS") in its August 26, 2025 Opinion and Order, the GNZ on several occasions has submitted additional information to NMFS in support of its position that NMFS' remand comparability findings should affirm that the GNZ's fishing-related measures satisfied the requirements of the Marine Mammal Protection Act ("MMPA") and its implementing regulations. Included in this information was an October 25, 2025 document entitled "Supplemental Information in Support of Revised Decision Memorandum and the Revised Comparability Finding to Be Issued upon Remand."

The GNZ submitted this document to NMFS "In Confidence" because certain portions contained area-specific and fishery-specific on-board camera footage review rates. The public disclosure of this enforcement-related information could impede the GNZ's efforts to enforce reporting requirements in relation to non-fish protected species bycatch (including Māui and Hector's dolphins) under the GNZ's Fisheries Act 1996 and to protect Māui and Hector's dolphins under the New Zealand Marine Mammal Protection Act 1978. Any reduction in reporting would adversely affect both the enforcement of the GNZ's fishing-related mortality limit of one Māui or Hector's dolphin and, more generally, the management of the risk of fishing-related threats to Māui and Hector's dolphins. NMFS will be filing this document under seal as part of the administrative record on January 9, 2026 pursuant to the Court's Third Amended Scheduling Order, dated December 5, 2025.

For these reasons, the GNZ moves this Court to issue the attached draft Protective Order. Counsel for NMFS, Agatha Koprowsky, has consented to this motion and to the entry of this Order. Counsel for the Plaintiff, Christopher Eaton, takes no position on this motion or on the entry of this Order.

    Respectfully submitted,

    /s/ Warren E. Connelly
    Warren E. Connelly
    Robert G. Gosselink
    Kenneth N. Hammer

    TRADE PACIFIC PLLC
    700 Pennsylvania Avenue, SE
    Washington, D.C. 20003
    Phone: 202-223-3760
    wconnelly@tradepacificlaw.com

    Counsel for the Government of New Zealand

Date: December 23, 2025