# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC.,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION FISHERIES, UNITED STATES DEPARTMENT OF THE TREASURY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES DEPARTMENT OF COMMERCE,<br><br>     Defendants,<br><br>and<br><br>New Zealand Government,<br><br>     Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 24-00218 |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Proceedings, ECF No. 59, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Parties' Joint Motion to Stay Proceedings, ECF No. 59, is granted; and it is further

**ORDERED** that all deadlines in this case shall be stayed until February 7, 2026; and it is further

**ORDERED** that the Parties shall file a joint status report on or before February 7, 2026, informing the Court as to how they believe the case should proceed.

                                                    ___/s/ Jennifer Choe-Groves___
                                                    Jennifer Choe-Groves, Judge

Dated: _____January 8, 2026_____
            New York, New York