# United States Court of International Trade

## Honorable Jennifer Choe-Groves

## Appearance Sheet

Docket Nos. 24-00218 & 26-00060
February 12, 2026
10:00 a.m. Video Status Conference In-Person & via Webex
Jurisdiction 1581 (i)
Courtroom 1

Maui and Hector's Dolphin Defenders NZ Inc.,
Plaintiff,

v.

National Marine Fisheries Service et al.,
Defendants,

and

New Zealand Government,
Defendant-Intervenor.

## Counsel

**Plaintiff:** | **Christopher D. Eaton & Natalie N. Barefoot**
In-Person | Earthjustice

via Webex | **Sabrina Devereaux**
 | Earthjustice

via Webex | **Brett Sommermeyer & Catherine E. Pruett**
 | Law of the Wild

**Defendant:** | **Agatha Koprowski**
via Webex | U.S. Department of Justice

via Webex | **Mark Hoder - Agency Counsel for NOAA**

**Defendant Intervenor:** | **Warren E. Connelly**
via Webex | Trade Pacific PLLC