UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MĀUI AND HECTOR'S DOLPHIN DEFENDERS NZ INC., <br><br>*Plaintiff,*<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE et al.,<br><br>*Defendants,*<br><br>GOVERNMENT OF NEW ZEALAND,<br><br>*Intervenor-Defendant.* | Case No. 1:24-cv-00218-JCG<br>Case No. 1:26-cv-00060-JCG<br><br>Before: Judge Jennifer Choe-Groves |

**PLAINTIFF'S THIRD STATUS REPORT**

Plaintiff Māui and Hector's Dolphin Defenders NZ Inc. (MHDD) respectfully submit this status report pursuant to the Court's request at the February 12, 2026 status conference.

MHDD and Federal Defendants were unable to reach a joint agreement on how to proceed with the two pending cases relating to New Zealand fisheries.[1] Accordingly, MHDD asks that the Court proceed with the schedules it proposed in its February 11, 2026. Status Report. No. 1:24-cv-00218-JCG, ECF. No. 73; No. 1:26-cv-00060-JCG, ECF No. 39. As indicated in its Status Report, MHDD intends to file a motion requesting a stay of all deadlines

---

[1] Federal Defendants' status report mischaracterizes and presents an unfair, one-sided account of the attempt to resolve this issue, which Federal Defendants and MHDD agreed is protected by FRE 408. MHDD will respect the parties' understanding of the protected nature of those communications and will not respond to Federal Defendants' misrepresentations.

1

Federal Defendants' status report appears to ask the Court to stay MHDD's litigation. Federal Defendants must file a motion and satisfy their burden to justify a stay to obtain that relief. They have not done so. MHDD will oppose such a motion if and when it is filed.

Respectfully submitted this 17th day of February, 2026.

/s/ Sabrina Devereaux
Sabrina Devereaux
Christopher Eaton
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T (206) 343-7340
sdevereaux@earthjustice.org
ceaton@earthjustice.org

Natalie Barefoot
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
T (415) 217-2000
nbarefoot@earthjustice.org


/s/ Brett Sommermeyer
Brett Sommermeyer
Catherine Pruett
Law of the Wild
7511 Greenwood Avenue North, #4214
Seattle, WA 98103
T (206) 774-0048
brett@lawofthewild.org
catherine@lawofthewild.org

*Attorneys for Plaintiff Māui and Hector's Dolphin Defenders NZ Inc.*

## CERTIFICATE OF COMPLIANCE

This document complies with the word count limitations as provided for in the Court's Standard Chambers Procedures 2(B) because it contains 200 words, excluding the parts of the brief exempted by Standard Chambers Procedures 2(B)(1)(c).

/s/ Sabrina Devereaux
Sabrina Devereaux